UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
3/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>EUGENE HENLEY, JR.; SYLVESTER ROBINSON; MARK MARTIN; TERMAINE ASHLEY WILLIAMS; ARMANI AFLLEJE; FREDRICK BLANTON, JR.; and TIFFANY SHANRIKA HINES,<br><br>　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR 2:25-cr-00211-WLH<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

　　　<u>United States v. ZIHIRR MITCHELL</u>, Case No. 25-CR-00132-FLA, which:

　　__X__　　was previously assigned to the Honorable Fernando L. Aenlle-Rocha;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　　　Additional explanation (if any):  Both indictments rely on evidence from a Title III wiretap in Case 22-cm-221-FLA on several telephones, including those used by defendants HENLEY, ROBINSON, MARTIN, and MITCHELL.  Title III discovery will overlap in both cases, and any motions to suppress the wiretap evidence will be wholly duplicative.  Additional common discovery will be produced in the cases, and common evidence will be introduced at the trials.  For example, defendant MITCHELL's conduct is alleged in overt acts in the instant indictment and will be proffered at the trials.  Further, both cases arose from the same investigation into the Rollin' 60s Neighborhood Crips street gang, of which the defendants are members or associates.  The arrests on the charges in defendant MITCHELL's indictment and the complaint underlying the instant indictment were coordinated on the same date as part of the Rollin' 60s takedown.

Dated: March 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jena A. Maccabe_____
　　　　　　　　　　　　　　　　　　　　　　　　JENA A. MACCABE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney