UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00211-FLA                               Date: 04/08/2025

Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| James Munoz | 04/08/2025 | Kevin Butler |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond          Attorneys for Defendants:  ✓ Present  CJA

Mark Martin                                              Kristen Nicole Richards

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
                                                      Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando L. Aenlle-Rocha.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA            Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA        USMED        USMSA                                        Arraignment: 00 : 05
     Statistics Clerk           Interpreter                       Initials of Deputy Clerk: JRM by TRB
  ✓  CJA Supervising Attorney   Fiscal